WALTER F. COPELAND, Appellant, *v.* THE MELROSE NATIONAL BANK OF NEW YORK, Respondent.

(Argued October 7, 1930; decided October 24, 1930.)

*Harry C. W. Melick* for appellant.

*Hiram Thomas, Hugh S. Williamson, William L. Hanaway* and *Edward A. Craighill, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.